**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

CHARLES SMITH,

    Petitioner,

v.                                                                  CASE NO. 4:10cv175-MP-WCS

WALTER MCNEIL,

    Respondent.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 5, 2011. (Doc. 21). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Respondent's motion to dismiss (doc. 19) is GRANTED.

    3.    The petition for writ of habeas corpus (doc. 1) is DISMISSED with prejudice as untimely filed and a certificate of appealability is DENIED pursuant to Rule 11(a) of the Rules Governing Proceedings Under 28 U.S.C. § 2254.

    **DONE and ORDERED** this 5th day of January, 2012.

    *s/ M. Casey Rodgers*
    **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**